UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOIEN and PEGGY HOIEN, | No. 2:05-cv-2464-MCE-KJM |
| Plaintiffs, | |
| v. | **NON-RELATED CASE ORDER** |
| MERCK & CO., INC., MCKESSON CORPORATION, and AMERI-SOURCEBERGEN DRUG CORPORATION, | |
| Defendants. | |
| _____/ | |
| PATRICIA LOVE, | No. 2:05-cv-2140-MCE-PAN |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| BARBARA HACKER, | No. 2:05-cv-2193-GEB-JFM |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., PFIZER, INC., and MCKESSON CORPORATION | |
| Defendants. | |
| _____/ | |

```
 1  BRUCE REEVE,                          No. 2:05-cv-2199-FCD-GGH
 2           Plaintiff,
 3       v.
 4  MERCK & CO., INC.,
 5           Defendant.
    _____/
 6
    CLARA PUMA,                           No. 2:05-cv-2203-DFL-KJM
 7
             Plaintiff,
 8
         v.
 9
    MERCK & CO., INC., and ATTORNEY
10  MCKESSON CORPORATION,
11           Defendants.
    _____/
12
    CHRISTOPHER LEESON,                   No. 2:05-cv-2240-WBS-PAN
13
             Plaintiff,
14
         v.
15
    MERCK & CO., INC., PFIZER, INC.,
16  and MCKESSON CORPORATION,
17           Defendants.
    _____/
18
    VANCE SKILLSKY,                       No. 2:05-cv-2218-DFL-GGH
19
             Plaintiff,
20
         v.
21
    MERCK & CO., INC., and
22  MCKESSON CORPORATION,
23           Defendants.
    _____/
24
25  ///
26  ///
27  ///
28  ///
```

```
 1  CLAYTON WELCH,                         No. 2:05-cv-2267-WBS-DAD
 2           Plaintiff,
 3       v.
 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
             Defendants.
 6  _____/
 7  JAMES MARK REAGLE,                     No. 2:05-cv-2349-DFL-PAN
 8           Plaintiff,
 9       v.
10  MERCK & CO., INC.,
11           Defendant.
    _____/
12
    JAMES MARK REAGLE,                     No. 2:05-cv-2356-DFL-PAN
13
             Plaintiff,
14
         v.
15
    MERCK & CO., INC.,
16
             Defendant.
17  _____/
18  DEBORAH SISEMORE,                      No. 2:05-cv-2399-WBS-KJM
19           Plaintiff,
20       v.
21  MERCK & CO., INC. and
    MCKESSON CORPORATION,
22
             Defendants.
23  _____/
24  ///
25  ///
26  ///
27  ///
28  ///
```

```
 1 | EDITH CROOK,                           No. 2:05-cv-2436-FCD-PAN
 2 |          Plaintiff,
 3 |     v.
 4 | MERCK & CO., INC. and
   | MCKESSON CORPORATION,
 5 |
   |          Defendants.
 6 | _____/
 7 | ALMA ZEHRUNG,                          No. 2:05-cv-2437-DFL-DAD
 8 |          Plaintiff,
 9 |     v.
10 | MERCK & CO., INC. and
   | MCKESSON CORPORATION,
11 |
   |          Defendants.
12 | _____/
13 | PAMELA PARKER,                         No. 2:05-cv-2446-GEB-KJM
14 |          Plaintiff,
15 |     v.
16 | MERCK & CO., INC., MCKESSON
   | CORPORATION, and AMERI-
17 | SOURCEBERGEN DRUG CORPORATION,
18 |          Defendants.
19 | _____/
   | JAMES LAME BULL and LUCINDA            No. 2:05-cv-2465-LKK-DAD
20 | LAME BULL,
21 |          Plaintiffs,
22 |     v.
23 | MERCK & CO., INC., MCKESSON
   | CORPORATION, and AMERI-
24 | SOURCEBERGENDRUG CORPORATION,
25 |          Defendants.
   | _____/
26 |
27 | ///
28 | ///
```

4

```
 1  TOMMIE BALHOUN,                          No. 2:05-cv-2567-FCD-DAD
 2         Plaintiff,
 3     v.
 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
           Defendants.
 6  _____/
 7  JOHN PALMER,                             No. 2:05-cv-2568-DFL-JFM
 8         Plaintiff,
 9     v.
10  MERCK & CO., INC., and
    MCKESSON CORPORATION,
11
           Defendants.
12  _____/
13  ESTHER NED,                              No. 2:05-cv-2584-MCE-DAD
14         Plaintiff,
15     v.
16  MERCK & CO., INC., and
    MCKESSON CORPORATION,
17
           Defendants.
18  _____/
19  BOYD COLE, STEVEN COLE, and              No. 2:05-cv-2609-MCE-GGH
    KAREN ALVISO,
20
           Plaintiffs,
21
       v.
22
    MERCK & CO., INC., and
23  MCKESSON CORPORATION,
24         Defendants.
    _____/
25
26  ///
27  ///
28  ///
```

5

```
 1  JILL DESART,                          No. 2:06-cv-0015-FCD-DAD
 2          Plaintiff,
 3      v.
 4  MERCK & CO., INC.,
 5          Defendant.
    _____/
 6
    JILL DESART,                          No. 2:06-cv-0062-FCD-DAD
 7
            Plaintiff,
 8
        v.
 9
    MERCK & CO., INC. and
10  MCKESSON CORPORATION,
11          Defendants.
    _____/
12
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE