A CERTIFIED TRUE COPY
FEB 13 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 14 PM 3: 21
LORETTA G. WHYTE
DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JAN 26 2006
FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-38)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,855 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
FEB 13 2006
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
FEB 17 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

## SCHEDULE CTO-38 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN   2   05-2555 | Cynthia L. Bright v. Merck & Co., Inc., et al. | 06-659 |
| ALN   2   05-2556 | Windford J. Wheeles v. Merck & Co., Inc., et al. | 06-660 |
| **ARKANSAS EASTERN** | | |
| ARE   4   05-1906 | Gary Whitt, et al. v. Merck & Co., Inc. | 06-661 |
| **CALIFORNIA EASTERN** | | |
| CAE   2   05-2567 | Tommie Calhoun v. Merck & Co., Inc., et al. | 06-662 |
| CAE   2   05-2568 | John Palmer, etc. v. Merck & Co., Inc., et al. | 06-663 |
| CAE   2   05-2584 | Esther Ned v. Merck & Co., Inc., et al. | 06-664 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN   3   05-5158~~ | ~~Trey Ditlevsen v. Merck & Co., Inc., et al.~~ Opposed 2/9/06 | |
| CAN   3   05-5233 | Shirley H. Simmons v. Merck & Co., Inc., et al. | 06-665 |
| **CONNECTICUT** | | |
| CT   3   05-1881 | Colleen Cooper, et al. v. Merck & Co., Inc. | 06-666 |
| **FLORIDA MIDDLE** | | |
| FLM   2   05-594 | Richard C. Otis v. Merck & Co., Inc. | 06-667 |
| FLM   8   05-2275 | Gerald Shelmandine v. Merck & Co., Inc. | 06-668 |
| FLM   8   05-2310 | Roslyn Vasquez, et al. v. Merck & Co., Inc. | 06-669 |
| FLM   8   05-2311 | Barbara Germana, et al. v. Merck & Co., Inc. | 06-670 |
| FLM   8   05-2323 | George Vissichelli, et al. v. Merck & Co., Inc. | 06-671 |
| FLM   8   05-2330 | John Brennan v. Merck & Co., Inc. | 06-672 |
| **FLORIDA SOUTHERN** | | |
| FLS   0   05-61746 | Darlene Rose, et al. v. Merck & Col., Inc. | 06-673 |
| FLS   0   05-61754 | Shari Cayle v. Merck & Co., Inc. | 06-674 |
| **GEORGIA MIDDLE** | | |
| GAM   5   05-458 | Charles E. Lindsey, et al. v. Merck & Co., Inc. | 06-675 |
| **GEORGIA NORTHERN** | | |
| GAN   1   05-3143 | Eula Bolton, et al. v. Merck & Co., Inc. | 06-676 |
| **IOWA NORTHERN** | | |
| IAN   3   05-3078 | Cindy Anderson, et al. v. Merck & Co., Inc. | 06-677 |
| IAN   5   05-4149 | Geri Martin v. Merck & Co., Inc. | 06-678 |
| **IDAHO** | | |
| ID   1   05-499 | Janene Watson, etc. v. Merck & Co., Inc. | 06-679 |
| **ILLINOIS NORTHERN** | | |
| ILN   1   05-7010 | Anthony J. Pontrelli v. Merck & Co., Inc. | 06-680 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| ILLINOIS SOUTHERN | | |
| ILS 3 05-823 | Peggie Craig, et al. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| ILS 3 05-884 | Irene Anzona v. Merck & Co., Inc., et al. Opposed 2/7/06 | |
| KANSAS | | |
| KS 2 05-2538 | Helen L. Stirens, et al. v. Merck & Co., Inc. | 06-681 |
| KS 5 05-4147 | Robert Hulteen v. Merck & Co., Inc. | 06-682 |
| LOUISIANA WESTERN | | |
| LAW 5 05-1729 | Kathleen Keenan v. Merck & Co., Inc. | 06-683 |
| MINNESOTA | | |
| MN 0 05-2878 | Malcolm Haggart v. Merck & Co., Inc. | 06-684 |
| MN 0 05-2894 | Elinor M. Lemon, etc. v. Merck & Co., Inc. | 06-685 |
| MN 0 05-2941 | Orville Bratland v. Merck & Co., Inc. | 06-686 |
| MN 0 05-2942 | Arvid Houglum, M.D., etc. v. Merck & Co., Inc. | 06-687 |
| MISSOURI EASTERN | | |
| MOE 4 05-2310 | Eddie Broomfield v. Merck & Co., Inc., et al. | 06-688 |
| MISSOURI WESTERN | | |
| MOW 4 05-1252 | Charles M. Reskin, et al. v. Merck & Co., Inc., et al. | 06-689 |
| MOW 4 05-1263 | Lora Bradford, et al. v. Merck & Co., Inc. | 06-690 |
| MOW 4 05-1264 | Donald Bain, et al. v. Merck & Co., Inc. | 06-691 |
| MISSISSIPPI SOUTHERN | | |
| MSS 2 05-2180 | Harrol Eugene Davis v. Merck & Co., Inc. | 06-692 |
| MSS 2 05-2181 | Woodrow Spinks, et al. v. Merck & Co., Inc. | 06-693 |
| NORTH CAROLINA EASTERN | | |
| NCE 5 05-819 | John Bereskie, et al. v. Merck & Co., Inc. | 06-694 |
| NEBRASKA | | |
| NE 8 05-560 | Roy E. Wilkerson v. Merck & Co., Inc. | 06-695 |
| NEW YORK WESTERN | | |
| NYW 6 05-6710 | Ruth Sugarman v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6711 | Mary S. Sieari, etc. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6712 | Evelyn Depascale v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6713 | Michele Frain, et al. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6714 | Joseph Kauschinger, et al. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6715 | Gary R. Laux, etc. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6716 | Kathryn Lee, etc. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6717 | Maynard Neal, etc. v. Merck & Co., Inc., et al. Opposed 2/10/06 | |
| NYW 6 05-6730 | Albert Bruno v. Merck & Co., Inc. | 06-696 |
| OHIO NORTHERN | | |
| OHN 3 05-7475 | Michael D. Lynn v. Merck & Co., Inc. | 06-697 |
| OHN 5 05-2810 | Edward H. Boylan, et al. v. Merck & Co., Inc. | 06-698 |
| OHN 5 05-2853 | James M. Lewis, M.D., et al. v. Merck & Co., Inc. | 06-699 |
| OHIO SOUTHERN | | |
| OHS 1 05-728 | Roger Radcliff, et al. v. Merck & Co., Inc. | 06-700 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OREGON** | | |
| OR 3 05-1915 | Thomas L. Pettyjohn, et al. v. Merck & Co., Inc. | 06-701 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-6230 | Francis S. Binder, et al. v. Merck & Co., Inc., et al. | 06-702 |
| PAE 2 05-6316 | Bobbie Saylors, et al. v. Merck & Co., Inc., et al. | 06-703 |
| PAE 2 05-6380 | Cynthia Puhl v. Merck & Co., Inc. | 06-704 |
| PAE 2 05-6618 | Terry Burnett, et al. v. Merck & Co., Inc., et al. | 06-705 |
| PAE 2 05-6671 | Eddie Mack Morgan, et al. v. Merck & Co., Inc., et al. | 06-706 |
| **SOUTH DAKOTA** | | |
| SD 4 05-4190 | Hinde Butts, etc. v. Merck & Co., Inc. | 06-707 |
| **TENNESSEE MIDDLE** | | |
| TNM 3 05-913 | Thena M. Johnson v. Merck & Co., Inc. | 06-708 |
| **TEXAS EASTERN** | | |
| TXE 1 05-844 | Clara Beth Urban, etc. v. Merck & Co., Inc. | 06-709 |
| TXE 1 05-852 | Norma L. Howard v. Merck & Co., Inc. | 06-710 |
| TXE 4 05-476 | Herbert E. Reichle, et al. v. Merck & Co., Inc. | 06-711 |
| **TEXAS NORTHERN** | | |
| TXN 2 05-321 | Eldeared Granville v. Merck & Co., Inc. | 06-712 |
| **TEXAS SOUTHERN** | | |
| TXS 4 05-3703 | Emil O'Rosky, et al. v. Merck & Co., Inc. | 06-713 |
| ~~TXS 4 05-4265~~ | ~~Robert L. Williams, etc. v. Merck & Co., Inc.~~ Opposed 2/13/06 | |
| **TEXAS WESTERN** | | |
| TXW 6 05-427 | James Allen Wright, et al. v. Merck & Co., Inc. | 06-714 |
| **WASHINGTON WESTERN** | | |
| WAW 2 05-2079 | Douglas Schmidt v. Merck & Co., Inc. | 06-715 |